JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD MARTINEZ, ) | CASE NO. 8:15-cv-02119-CJC-JCG |
| Plaintiff, ) | |
| vs. ) | **ORDER OF DISMISSAL WITH PREJUDICE** |
| CBE GROUP INC, ) | |
| Defendants. ) | |

PURSUANT TO STIPULATION, IT IS SO ORDERED that the clerk's default in this matter is vacated.

PURSUANT TO STIPULATION, IT IS FURTHER ORDERED CBE Group Inc. is dismissed with prejudice. Plaintiff Richard Martinez and Defendant CBE Group Inc. shall each bear their own costs and attorneys' fees.

Date: May 20, 2016

_____
JUDGE, United States District Court, Central District of California